OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

3/4/2015

RESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596    MAR 06 2015    $ 00.26⁵

SMITH, WILLIAM DENON    Tr. Ct. No. 13-12-13345-CR(1)D FROM ZW...   WR-82,855-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

WILLIAM DENON SMITH
████████ - TDC # 1928399

RZS
RCSD